**U.S. Departme    of Justice**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG -6  A 10: 46

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

*United States Attorney*
*District of Maryland*
*Northern Division*

Stephen M. Schenning
*United States Attorney*

Richard C. Kay
*Assistant United States Attorney*

*6625 United States Courthouse*          *410-209-4800*
*101 West Lombard Street*          *TTY/TDD:410-962-4462*
*Baltimore, Maryland 21201-2692*          *410-209-4850*
          *FAX 410-962-3091*

July 31, 2001

Honorable J. Frederick Motz
United States District Judge
510 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:  United States v. Assorted Firearms (Cole),
          Civil No. JFM-00-3737

Dear Judge Motz:

     This is a civil forfeiture case, pursuant to 18 U.S.C. section 924(d), seeking the forfeiture of various firearms seized from Henry Cole. As I mentioned in my last status letter, the case is informally stayed pending negotiations in related criminal proceedings concerning Mr. Cole. I spoke with Mr. Biddle today and he advised that the discussions in the related case are ongoing, and he suggested that an additional six-week stay of this forfeiture would be prudent. With the Court's indulgence, I will provide a status report on or before September 14th.

               Very truly yours,

               Stephen M. Schenning
               United States Attorney

               Richard C. Kay
               Assistant United States Attorney

cc:  Robert W. Biddle, Esq.
     David Copperthite, AUSA, Esq.