**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

Stephen M. Schenning
United States Attorney

Richard C. Kay
Assistant United States Attorney

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4850
FAX 410-962-3091

September 14, 2001

Honorable J. Frederick Motz
United States District Judge
510 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:  United States v. Assorted Firearms (Cole),
          Civil No. JFM-00-3737

Dear Judge Motz:

    This is a civil forfeiture case, pursuant to 18 U.S.C. section 924(d), seeking the forfeiture of various firearms seized from Henry Cole. The case is informally stayed pending negotiations in related criminal proceedings concerning Mr. Cole. I spoke with AUSA David Copperthite today and he advised that the discussions in the related case are ongoing, and he suggested that an additional six to eight week stay of this forfeiture would be prudent. With the Court's indulgence, I will provide a status report on or before November 14th.

                            Very truly yours,

                            Stephen M. Schenning
                            United States Attorney

                            Richard C. Kay
                            Assistant United States Attorney

cc:  Robert W. Biddle, Esq.
      David Copperthite, AUSA, Esq.