RCK: cole firearms final

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. JFM-00-3737 |
| | * | |
| ASSORTED FIREARMS (Cole), | * | |
| Defendant. | * | |
| | * | |

...oOoOooo...

**FINAL DECREE OF FORFEITURE**

IT IS ORDERED, ADJUDGED, AND DECREED on this 29th day of September 2002 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action.

2. The time for the filing of any claim to contest this forfeiture has expired. A claim was filed by Benjamin Cole and, by written agreement, Benjamin and Henry Cole have agreed to a disposition of the defendant property. No other claim has been filed.

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property within the meaning of 28 U.S.C. section 2465.

4. The United States Treasury Department shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed as **Exhibit A** to the government's motion.

J. Frederick Motz
United States District Judge

2

RCK:cole firearms settlement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil No. JFM-00-3737 |
| | * |
| ASSORTED FIREARMS (Cole), | * |
| Defendant. | * |
| | * |

...oooOooo...

**SETTLEMENT AGREEMENT**

This Settlement Agreement is made between **Henry Cole, Jr., and Benjamin Cole** ("the claimants") and the United States of America ("the government"):

WHEREAS, on or about June 1, 2000, the defendant firearms were seized at the residence of Henry Cole, Jr., at 901 Greenspring Valley Road, Lutherville, Maryland; and

WHEREAS, on or about October 28, 2000, Benjamin Cole filed an administrative claim for the defendant firearms; and

WHEREAS, the claimants neither admit nor dispute the government's assertion that reasonable cause existed for the seizure and forfeiture of the defendant property; and

WHEREAS, Henry Cole, Jr., is prohibited by 18 U.S.C. §922(g) from possessing firearms and he presently resides at 901 Greenspring Valley Road, Lutherville, Maryland; and

WHEREAS, the parties wish to reach a fair and expedited resolution to this matter;

NOW, THEREFORE, for the foregoing reasons and for good and substantial consideration, the adequacy and receipt of which is hereby acknowledged, the claimants and the government agree as follows:

**EXHIBIT A**

1.  Henry Cole, Jr., agrees that by signing this agreement he transfers all rights, title, and interest in the following firearms to Benjamin Cole:

   a)  Weatherby VGX rifle, serial number VX18764;
   b)  Ruger rifle, serial number 78480943;
   c)  Winchester rifle, serial number F483322;
   d)  Ruger rifle, serial number 13241204;
   e)  Marlin rifle, no serial number;
   f)  Weatherby shotgun, serial number 9209368;
   g)  Browning shotgun, serial number 21303PT152;
   h)  Browning rifle, serial number 35274NZ717;
   i)  Browning shotgun, serial number 08528;
   j)  Ruger shotgun, serial number 41029272;
   k)  Western Arms Co. rifle, serial number 893045;
   l)  Ruger rifle, serial number 12490459;
   m)  Browning shotgun, serial number 17185PT162;
   n)  Mossberg shotgun, serial number L550077;
   o)  Browning rifle, serial number 137PR04222;
   p)  Ruger rifle, serial number 18949381;
   q)  Sako rifle, serial number 582121;
   r)  Browning rifle, serial number 98446NV857; and
   s)  H&K shotgun, serial number M263591.

Benjamin Cole agrees that by signing this agreement he accepts all rights, title, and interest in these same firearms from Henry Cole, Jr.

2.  The government agrees to release the following firearms to claimant Benjamin Cole:

   a)  Weatherby VGX rifle, serial number VX18764;
   b)  Ruger rifle, serial number 78480943;
   c)  Winchester rifle, serial number F483322;
   d)  Ruger rifle, serial number 13241204;
   e)  Marlin rifle, no serial number;
   f)  Weatherby shotgun, serial number 9209368;
   g)  Browning shotgun, serial number 21303PT152;
   h)  Browning rifle, serial number 35274NZ717;
   i)  Browning shotgun, serial number 08528;
   j)  Ruger shotgun, serial number 41029272;
   k)  Western Arms Co. rifle, serial number 893045;
   l)  Ruger rifle, serial number 12490459;
   m)  Browning shotgun, serial number 17185PT162;
   n)  Mossberg shotgun, serial number L550077;
   o)  Browning rifle, serial number 137PR04222;
   p)  Ruger rifle, serial number 18949381;
   q)  Sako rifle, serial number 582121;

r)   Browning rifle, serial number 98446NV857; and
s)   H&K shotgun, serial number M263591.

The property will be released within a reasonable time for processing following entry of a final order in the above-referenced case.

3. The claimants agree that the defendant firearms will not be kept or held at 901 Greenspring Valley Road, Lutherville, Maryland, the residence of Henry Cole, Jr., or at any other location where Henry Cole, Jr., may reside in the future. Claimant Benjamin Cole agrees to store the firearms at his present residence or at any future residence, so long as Henry Cole, Jr., does not share the same residence. Claimant Benjamin Cole agrees to store the released firearms in a locked cabinet, and further agrees that Henry Cole, Jr., shall not have possession of or access to a key to the locked cabinet.

4. The claimants agree to indemnify and hold the government harmless from and against all claims, damages, losses, and action resulting from or arising out of the release of property described in paragraph 2 above.

5. The parties agree that this agreement shall be submitted to the Court along with a request for a final order of forfeiture that is in accordance with the terms of this agreement.

6. The parties agree to bear their own costs and attorney fees in pursuing and defending this forfeiture action.

7. This agreement states the entire agreement reached between the parties hereto.

 

Thomas M. DiBiagio
United States Attorney

8-9-02
Date

Richard C. Kay
Assistant United States Attorney

8-22-02
Date

Henry Cole, Jr.

3